### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MONTE BLUE**                                                                 **PLAINTIFF**

**v.**                                    **Case No. 4:25-cv-00228-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                **DEFENDANT**

### ORDER

Before the Court is United States Magistrate Judge Benecia B. Moore's Recommended Disposition ("Recommendation") (Dkt. No. 12).   The Court has fully reviewed the Recommendation and the record.  No party has filed objections to the Recommendation, and the time to do so has passed.  Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*).  The Commissioner of the Social Security Administration's decision is reversed, and the case is remanded for further proceedings.   This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

It is so ordered this 16th day of March, 2026.

Kristine G. Baker
Chief United States District Judge